No. 672. UNITED STATES *v.* KING. Ct. Cl. [Certiorari granted, 393 U. S. 1013.] Motion of respondent to remove case from summary calendar denied. *Neil B. Kabatchnick* on the motion.

No. 717. UNITED STATES ET AL. *v.* RADIO TELEVISION NEWS DIRECTORS ASSN. ET AL. C. A. 7th Cir. [Certiorari granted, 393 U. S. 1014.] Motion of respondents to remove case from summary calendar granted and 30 additional minutes allotted to each side. MR. JUSTICE FORTAS took no part in the consideration or decision of this motion. *Lloyd N. Cutler* for respondent Columbia Broadcasting System, Inc., and *Raymond L. Falls, Jr.,* for respondent National Broadcasting Co., Inc., on the motion.

No. 1485, Misc. WILLIAMS *v.* UNITED STATES;

No. 1558, Misc. WATERS *v.* FIELD, MEN'S COLONY SUPERINTENDENT;

No. 1567, Misc. SMITH *v.* CALIFORNIA ET AL.; and

No. 1573, Misc. HARRIS *v.* PINTO, PRISON FARM SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.

No. 785, Misc. HAILEY *v.* RUSSELL, WARDEN, ET AL. Upon suggestion of mootness by reason of death of petitioner, motion for leave to file petition for writ of habeas corpus dismissed.

No. 1215, Misc. LAUCHLI *v.* POOS, CHIEF JUDGE, U. S. DISTRICT COURT;

No. 1300, Misc. PATTON *v.* VETERANS ADMINISTRATION; and

No. 1329, Misc. LEVY *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. Motions for leave to file petitions for writs of mandamus denied. *Solicitor General Griswold* in opposition in all three cases.